AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE    District of    MASSACHUSETTS

CITY OF BOSTON, Plaintiff

V.

REINAUER TRANSPORTATION
COMPANIES, LLC, Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-12415RWZ

TO: (Name and address of Defendant)

REINAUER TRANSPORTATION COMPANIES, LLC
36 New Street
East Boston, MA 02128
ATTN:  Jonathan C. Wales, Registered Agent

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Finn
FINN & FINN
2 Hayden Rowe Street
Hopkinton, MA 01748
(508) 497-5019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK

DATE    December 1, 2003

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*                                                February 26, 2004

I hereby certify and return that on 2/19/2004 at 11:16:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Reinauer Transportation Companies, LLC, ATTN: Jonathan C. Wales,    36 New Street, ,  East Boston, MA 02128.  Basic Service Fee (LU) ($25.00), Travel ($5.12), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $36.12

Deputy Sheriff Robert Foscaldo

_____
                                                    *Deputy Sheriff*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                              *Signature of Server*


                                          _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.