UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **CITY OF BOSTON** ) | |
| ) | **RULE 7.1 STATEMENT** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **REINAUER TRANSPORTATION** ) | **Civil Action No.: 03-12415(RWZ)** |
| **COMPANIES, LLC** ) | |
| ) | |

Pursuant to Fed.R.Civ.P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Reinauer Transportation Companies, LLC (private, non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of defendants that are publicly held.

REINAUER TRANSPORTATION
COMPANIES, LLC,

By Its Attorneys,

Timothy J. Duggan, Esq. (BBO#545966
520 Providence Highway, Suite 4
Norwood, MA 02062
(781) 762-0077

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on all counsel of record on February // , 2005.

Timothy J. Duggan