UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -9  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

CITY OF BOSTON )
)
Plaintiff, )
)
v. )
)
REINAUER TRANSPORTATION )   Civil Action No.: 03-12415(RWZ)
COMPANIES, LLC )
)

## DEFENDANT REINAUER TRANSPORTATION COMPANIES, LLC'S ASSENTED-TO MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to LR 83.5.3, the Defendant Reinauer Transportation Companies, LLC ("defendant"), by and through its counsel, Timothy J. Duggan of Duggan & Caccavaro, and with assent of the plaintiff's counsel, moves to admit pro hac vice Attorney Gino A. Zonghetti for the purpose of participating in the representation of the defendant in the above-captioned case and in support of this motion states:

1. Gino A. Zonghetti is an attorney and principal with the law firm of Kenny, Stearns & Zonghetti and is a member in good standing of the state bars of New York, New Jersey and the District of Columbia and the United States District Courts for the Southern District of New York, Eastern District of New York and the District of New Jersey.

2. He is a member in good standing of the foregoing bars, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. Gino A. Zonghetti is familiar with the underlying facts of this case, has represented the defendant in similar actions and has been requested by the defendant to represent its interests in this case.

4. Admission of Gino A. Zonghetti will not impede the progress of this action.

5. Filed herewith is the Affidavit of Gino A. Zonghetti.

WHEREFORE, the undersigned counsel and the defendant move for admission of Gino A. Zonghetti as counsel pro hac vice.

| | |
|---|---|
| **ASSENTED-TO** | **REINAUER TRANSPORTATION COMPANIES, LLC,** |
| **CITY OF BOSTON** | |
| By Its Attorney, | By Its Attorneys, |
| John J. Finn, Esq. (BBO#166060)<br>Finn & Finn<br>2 Hayden Rowe Street<br>Hopkinton, MA 01748<br>(508)497-5019 | Timothy J. Duggan, Esq. (BBO#545966)<br>520 Providence Highway, Suite 4<br>Norwood, MA 02062<br>(781) 762-0077 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on all counsel of record on March 8, 2005.

Timothy J. Duggan