UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------X

CITY OF BOSTON

Plaintiff,

Civil Action
03-12415 (RWZ)

v.

REINAUER TRANSPORTATION
COMPANIES, LLC

Defendant.

----------------------------------------------------X

## AFFIDAVIT OF GINO A. ZONGHETTI

Gino A. Zonghetti, being duly sworn, deposes and says:

1. I am a member of the firm of Kenny Stearns & Zonghetti, 26 Broadway, New York, New York 10004 (212) 422-6111 and a member in good standing of the Bars of the States of New York, New Jersey and the District of Columbia and the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey. I am in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

3. I am familiar with the rules of the United States District Court for the District of Massachusetts.

1

4. I have represented defendant Reinauer Transportation Companies, LLC in maritime law matters since 1991. Reinauer Transportation Companies, LLC has requested that I represent its interests in this matter.

This Affidavit is submitted in support of Timothy Duggan, Esquire's Motion pursuant to Local Rule 83.5.3, seeking my admission *pro hac vice* in this matter.

FURTHER, your deponent sayeth not.

Pursuant to 28 U.S.C. §1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

_____
Gino A. Zonghetti (GAZ-2647)
Kenny Stearns & Zonghetti
26 Broadway
New York, N.Y. 10004-1882
(212) 422-6111