UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON,<br><br>       Plaintiff,<br><br>v.<br><br>REINAUER TRANSPORTATION COMPANIES, LLC,<br><br>       Defendant. | CIVIL ACTION NO:<br><br>CV-03-12415-RWZ |

## CERTIFICATION OF THE CITY OF BOSTON – LOCAL RULE 16.1(D)(3)

The City of Boston and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The City of Boston

_____
By: Mark Sweeney
First Assistant Corporation Counsel

Counsel for the City of Boston
Finn & Finn

_____
By: John J. Finn

Dated: March 15, 2005