UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REINAUER TRANSPORTATION )<br>COMPANIES, LLC )<br>) | Civil Action No.: 03-12415(RWZ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1 (D)(3), the undersigned counsel for and the undersigned authorized representative of the defendant, Reinauer Transportation Companies, LLC ("Reinauer"), hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of-the litigation; and (b) to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**REINAUER TRANSPORTATION COMPANIES, LLC**

By Its Attorney,

_____
Timothy J. Duggan, Esq. (BBO#645966)
Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02062
(781)762-0077

**REINAUER TRANSPORTATION COMPANIES, LLC**

By Its Authorized Representative,

_____
Albert H. Reinauer
Reinauer Transportation Co.,

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid, on all counsel of record on March /6, 2005.

_____
Timothy J. Duggan