UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12416-RWZ
CIVIL ACTION NO. 03-11651-RWZ

CITY OF BOSTON

v.

K-SEA TRANSPORTATION LLC
and K-SEA TRANSPORTATION CORP.
----------------------

CIVIL ACTION NO. 03-12415-RWZ

CITY OF BOSTON

v.

REINAUER TRANSPORTATION COMPANIES, LLC
------------------------

CIVIL ACTION NO. 03-11666-RWZ

CITY OF BOSTON

v.

SPENTONBUSH/RED STAR COMPANIES, et al.


SCHEDULING ORDER

March 22, 2005

ZOBEL, D. J.

    This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and John J. Finn having appeared as counsel for plaintiff City of Boston; and Kenneth M. Chiarello having appeared as

counsel for defendants K-Sea Transportation LLC , et al., and Red Star Towing & Transportation; and Timothy J. Duggan having appeared as counsel for defendant Reinauer Transportation Companies, LLC, the following action was taken:

1. Plaintiff, the City of Boston, seeks to recover damages for physical harm to the Chelsea Street Bridge allegedly inflicted on several dates by tugs owned by or operated by defendants.

2. All parties agreed that initial disclosures were to be made by April 15, 2005.

3. Motions to amend pleadings and/or join new parties shall be filed by May 13, 2005.

4. All fact discovery shall be completed by October 28, 2005.

5. A further conference is scheduled on November 10, 2005 at 2 p.m.

_____  /s/ Rya W. Zobel
         DATE                    RYA W. ZOBEL
                                 UNITED STATES DISTRICT JUDGE