Duggan & Caccavaro
520 Providence Highway, Suite 4
Norwood, MA 02061
-and-
Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
Attorneys for Defendant
Reinauer Transportation Companies, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X
City of Boston,

        Plaintiff,

    -against-

Reinauer Transportation Companies, LLC,

        Defendant.

-------------------------------------------------------X

Civil Action No.:
03-12415 (RWZ)

**NOTICE OF MOTION OF DEFENDANT REINAUER TRANSPORTATION COMPANIES, LLC FOR ORDER PURSUANT TO FED.R.CIV.P.37 TO COMPEL ANSWERS TO INTERROGATORIES AND NOTICE TO PRODUCE**

To:    John J. Finn, Esq.
        Finn & Finn
        2 Hayden Rowe Street
        Hopkinton, Massachusetts 01748
        Attorney for City of Boston

PLEASE TAKE NOTICE THAT defendant Reinauer Transportation Company, LLC shall move pursuant to Federal Rule of Civil Procedure 37 and Local Rule 7.1 before the United States District Court for the District of Massachusetts, Honorable Rya W. Zobel at the John Joseph Moakley

United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 for an order pursuant to Federal Rule of Civil Procedure 37 compelling plaintiff City of Boston to respond to defendant Reinauer Transportation Company, LLC's interrogatories and notice to produce.

Dated: September 14, 2005

        Kenny, Stearns & Zonghetti
        Attorneys for Defendant
        Reinauer Transportation
        Companies, LLC

        By: _____
            Gino A. Zonghetti
            (GAZ-2647)

        Duggan & Caccavaro
        520 Providence Highway, Suite 4
        Norwood, MA 02061
        Attorneys for Defendant