UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>REINAUER TRANSPORTATION )<br>COMPANIES, LLC, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO: 03-12415-RWZ |

**PLAINTIFF'S OPPOSITION TO DEFENDANT REINAUER
TRANSPORTATION COMPANIES, LLC MOTION TO COMPEL
ANSWERS TO INTERROGATORIES AND NOTICE TO PRODUCE**

The City of Boston hereby opposes the defendant's motion to compel answers to interrogatories and notice to produce (the "Motion"). As grounds for this opposition, the City of Boston states:

1. Although defendant's interrogatories and request for documents were served as stated in the Motion, said defendant's disclosure of information and materials called for by Rule 26(a)(1) of the Federal Rules of Civil Procedure was not served on plaintiff's counsel until July 28, 2005.

2. Plaintiff's responses to defendant's interrogatories and request for production of documents have been served this date on counsel for all parties to this action. Copies of said responses are attached hereto.

By its attorneys,

_____
John J. Finn, BBO# 166060
FINN & FINN
34 Chamberlain Street
P.O. Box 154
Hopkinton, MA 01748
(508) 497-5019

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail by hand on 7/28/2005.

_____
JOHN J. FINN
Dated: September 28, 2005