UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        NO: 03-12415-RWZ

| | |
|---|---|
| CITY OF BOSTON, | ) |
|     Plaintiff, | ) |
| V. | ) |
| REINAUER TRANSPORTATION COMPANIES, LLC, | ) |
|     Defendant. | ) |

**ASSENTED-TO MOTION TO CONTINUE MEDIATION**

      The plaintiff City of Boston hereby moves this Honorable Court to reschedule the July 19, 2006 Mediation to a date during the weeks of August 7 or August 14, 2006, or another date thereafter that is convenient for the Court. As grounds in support, the plaintiff states that one of its attorneys in this action is scheduled to undergo surgery on July 19, 2006. In addition, the parties are in the process of completing necessary discovery and believe all such discovery will be completed prior to the dates presently proposed for the mediation.

      Counsel for the defendant assents to this motion.

      WHEREFORE, the City of Boston requests that this Honorable Court reschedule the July 19, 2006 Mediation to a date during the weeks of August 7 or August 14, 2006, or such other time thereafter convenient to the Court's docket.

                    Respectfully submitted,

                    CITY OF BOSTON

                    "/s/John J. Finn"
                    John J. Finn, BBO#: 166060
                    FINN & FINN
                    34 Chamberlain Street
                    P.O. Box 154
                    Hopkinton, MA  01748
                    (508) 497-5019
                    finnjj@verizon.net

Assented to:

| REINAUER TRANSPORTATION COMPANIES, LLC and BOSTON TOWING & TRANSPORTATION CO. | REINAUER TRANSPORTATION COMPANIES, LLC and BOSTON TOWING & TRANSPORTATION CO. |
|---|---|
| "/s/Gino Zonghetti" | "/s/ Timothy J. Duggan" |
| Gino Zonghetti | Timothy J. Duggan, BBO#: 545966 |
| KENNY, STEARNS & ZONGHETTI | DUGGAN & CACCAVARO |
| 26 Broadway | 520 Providence Highway, Suite 4 |
| New York, NY  10004 | Norwood, MA 02062 |
| (212) 422-6111 | (781) 762-0077 |

Dated: July 6, 2006

Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants a identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 6, 2006.

                    "/s/John J. Finn"
                    John J. Finn