**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

   The City of Boston   
        Plaintiff(s)

                                 CIVIL ACTION
        V.                                NO.   03-12415-RWZ

   Reinauer Transportation Co., et al.   
        Defendant(s)


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Zobel   

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On    8 /14/2006    I held the following ADR proceeding:

      _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
      ___X___   MEDIATION                          _____ SUMMARY BENCH / JURY TRIAL
      _____    MINI-TRIAL                         _____ SETTLEMENT CONFERENCE

     All parties were represented by counsel [except _____].
     The parties were present in person, or by an authorized officer. [except _____].
     The case was:

[ ]   Settled.  Your clerk should enter a ___ day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


   8/15/2006                                             Marianne B. Bowler, USMJ
       DATE                                                  ADR Provider

(ADR Report (Reinauer).wpd - 4/12/2000)                                                 [adrrpt.]