UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12415-RWZ

CITY OF BOSTON

v.

REINAUER TRANSPORTATION COMPANIES, LLC

<u>SCHEDULING ORDER</u>
September 6, 2006

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., 28 U.S.C., and John J. Finn having appeared as counsel for plaintiff, and Gino A. Zonghetti having appeared as counsel for defendant, the following action was taken:

1. <u>DISCOVERY</u>

The parties agreed to complete all expert discovery by September 29, 2006.

2. <u>MOTIONS IN LIMINE</u>

Any motions in limine shall be filed by October 31, 2006, and oppositions thereto, by November 15, 2006. The court will decide the motions on the papers unless a hearing may be helpful.

3. <u>TRIAL</u>

Trial without a jury is scheduled to commence on January 22, 2007 at 9:00 a.m. A pretrial conference will be held on January 17, 2007, at 2:30 p.m.

| | |
|---|---|
| September 6, 2006 | _/s/Rya W. Zobel_____ |
| DATE | RYA. W. ZOBEL |

                                      UNITED STATES DISTRICT JUDGE