

**U.S. Department of Transportation**

**United States Coast Guard**

Commandant
U.S. Coast Guard

2100 Second Street S.W.
Washington, DC 20593-0001
Staff Symbol: G-NBR/14
Phone: 202-267-0368

16592

NOV 23

From: Commandant
To: Commander, First Coast Guard District (ob)

Subj: ORDER TO ALTER - CHELSEA STREET BRIDGE

1. Enclosed is the Order to Alter the Chelsea Street Bridge across Chelsea Creek, mile 1.2, between East Boston and Chelsea, Massachusetts. The original should be forwarded to the City of Boston, and a copy retained for your files.

2. When altered, the bridge must provide a minimum unobstructed horizontal navigational clearance of 380 feet measured normal to the channel and a minimum unobstructed vertical navigational clearance of no less than 175 above mean high water (MHW) in the open position and 7 feet above MHW in the closed position. These clearances are necessary for the reasonable needs of navigation.

3. Dr. Jacob Patnaik, Chief, Bridge Engineering Branch, will be contacting the bridge owner in the near future concerning cost apportionment and scheduling alteration of the bridge.

MARCIA L. WAPLES
By direction

Encl: (1) Order to Alter

**U.S. Department of Transportation**

**United States Coast Guard**

Commandant
U.S. Coast Guard

2100 Second Street S.W.
Washington, DC 20593-0001
Staff Symbol: G-NBR/14
Phone: 202-267-0368

NOV 23 1992

## ORDER TO ALTER

Whereas by an act of Congress approved June 21, 1940, entitled the "Truman-Hobbs Act," as amended (33 U.S.C. 511-523), the Secretary of Transportation was authorized to order the alteration of certain bridges across the navigable waters of the United States which have been determined to be unreasonable obstructions to navigation;

AND WHEREAS the Secretary of Transportation has delegated the authority of that act to the Commandant, U.S. Coast Guard, by Section 1.46(c)(3) of Title 49, Code of Federal Regulations;

AND WHEREAS, in conformity with the provisions of the Truman-Hobbs Act, notice was given to interested parties and a public hearing was held on August 19, 1992, in Boston, Massachusetts, for the purpose of obtaining testimony as to whether the Chelsea Street Bridge, across Chelsea Creek at mile 1.2 between East Boston and Chelsea, Massachusetts, is an unreasonable obstruction to the free navigation of Chelsea Creek;

AND WHEREAS, after giving consideration to the testimony and the facts presented at the public hearing and to the investigations subsequently made, the Commandant has determined that the bridge is an unreasonable obstruction to navigation;

AND WHEREAS the City of Boston is the owner of the bridge;

NOW THEREFORE, the Commandant directs the City of Boston, to alter this bridge by reconstructing it on the same general alignment as the existing bridge subject to the following conditions:

1. The movable span shall provide an unobstructed horizontal clearance of no less than 380 feet measured normal to the channel and a vertical clearance of no less than 175 feet above mean high water (MHW) in the open position and 7 feet above MHW in the closed position. These clearances are necessary for the reasonable needs of navigation.

2. No deviation from the approved clearances may be made either before or after completion of the structure unless the modification of said clearances has previously been submitted to and received the approval of the Commandant.

3. The proposed alteration must satisfy the requirements of all federal, state and local laws and regulations pertaining to the protection of the environment.

J. W. Kime

J. W. KIME
Admiral, U. S. Coast Guard
COMMANDANT