Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111
Attorneys for Defendant
Reinauer Transportation Companies, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------X

City of Boston,

        Plaintiff,

   -against-

Reinauer Transportation Companies,
LLC,

        Defendant.

------------------------------------------------X

Civil Action No.:
03-12415 (RWZ)

**AFFIDAVIT OF**
**GINO A. ZONGHETTI**

State of New York    )
                              ss.:
County of New York  )

    Gino A. Zonghetti, an attorney duly admitted to practice law before this Court, being duly sworn, deposes and says:

    1.    I represent defendant Reinauer Transportation Companies, LLC. ("Reinauer") in the above matter. I submit this Affidavit in opposition to plaintiff's motion *in limine* and in support of Reinauer's cross motion seeking entry of an order *in limine*.

    2.    True and accurate copies of the following are annexed hereto as exhibits:

        Exhibit A:    The United States Coast Guard's findings upon investigation of the Chelsea Street Bridge pursuant to Truman Hobbs Act, 33 U.S.C. § 511 *et seq.*;

| | |
|---|---|
| Exhibit B: | Excerpts of deposition transcript of Joseph Casazza; |
| Exhibit C: | Excerpts of deposition transcript of James Burke; |
| Exhibit D: | Plaintiff's August, 2006 damage estimate; |
| Exhibit E: | Vollmer Associate's January 4, 2001 rough estimate. |

Dated:     November 10, 2006

                                                      Gino A. Zonghetti
                                                     (BBO # 663120)

Sworn to this 13th day
of November, 2006

_____
Notary Public