Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212)422-6111
Attorneys for Defendant
Reinauer Transportation Companies, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

| | |
|---|---|
| City of Boston, | Civil Action No.: 03-12415 (RWZ) |
| Plaintiff, | |
| -against- | |
| Reinauer Transportation Companies, LLC, | **AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS** |
| Defendant. | |

------------------------------------------------------------X

STATE OF NEW YORK    )
                                        ss:
COUNTY OF NEW YORK )

Arthur Pearson, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Staten Island, New York.

That, upon the 14th day of November 2006, deponent served copies of the within:

**NOTICE OF MOTION**
**AFFIDAVIT OF GINO A. ZONGHETTI WITH EXHIBITS**
**MEMORANDUM OF LAW**

UPON:    John J. Finn, Esq.
              Finn & Finn
              34 Chamberlain Street
              Hopkinton, MA 01748
              Attorneys for Plaintiff

attorney(s) in this action, at the above address(es), the address(es) designated by said attorney(s) for the purpose, by mailing via Federal Express.

_Arthur Pearson_
Arthur Pearson

Sworn to before me this
14th day of November 2006.

_Gino A. Zonghetti_
NOTARY PUBLIC
Gino A. Zonghetti
Notary Public, State of New York
No. 31 4981303
Qualified in New York County
Commission Expires May 6, 2007