UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 03-12415-RWZ

| | |
|---|---|
| CITY OF BOSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| REINAUER TRANSPORTATION COMPANIES, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF CITY OF BOSTON'S MOTION
FOR LEAVE TO FILE A REPLY**

The plaintiff City of Boston hereby moves for leave to file a reply to the Memorandum of Law of Defendant Reinauer Transportation Companies, LLC in Opposition to Plaintiff's Motion in Limine and in Support of Cross Motion in Limine of Defendant Reinauer Transportation Companies, LLC ("Defendant's Opposition and Cross Motion").

As grounds for this motion, the City of Boston states that the Defendant's Opposition and Cross Motion, which exceeds the page limit set forth in LR 7.1(B)(4), raises an issue that the City of Boston believes should

be addressed in order to assist the Court in resolving the pending motions in limine.

            Respectfully submitted,

            CITY OF BOSTON

            "/s/John J. Finn"
            John J. Finn, BBO#: 166060
            FINN & FINN
            34 Chamberlain Street
            P.O. Box 154
            Hopkinton, MA  01748
            (508) 497-5019
            finnjj@verizon.net

Dated: November 27, 2006

## Certificate of Service

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 27, 2006.

            "/s/John J. Finn"
            John J. Finn