UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITY OF BOSTON
       Plaintiff

V.

CIVIL ACTION:03CV12415-RWZ

REINAUER TRANSPORTATION CO.
       Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                      JANUARY 17, 2007

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk